UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. **4:15CR355 ERW/SPM** |
| ANTHONY LAWRENCE BROWN, | ) ) ) |
| Defendant. | ) |

**FILED**
JUL 3 0 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about November 5, 2013, in Saint Louis County, within the Eastern District of Missouri,

**ANTHONY LAWRENCE BROWN,**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectible amount of cocaine base(crack), a Schedule II controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1).

### COUNT TWO

The Grand Jury further charges that:

On or about November 5, 2013, in Saint Louis County, within the Eastern District of Missouri,

**ANTHONY LAWRENCE BROWN,**

the Defendant herein, did knowingly and intentionally possess one or more firearms in furtherance of the drug trafficking crime named in Count One of this Indictment, to wit: (a) High Standard make, Riot model 12 gauge shotgun bearing serial number P13298; (b) Raven Arms make, P-25

model .25 auto caliber semi-automatic pistol bearing serial number 352949; and (c) Sturm, Ruger & Co., Inc. make, P-85 model nine millimeter caliber semi-automatic pistol bearing serial number 301-58700   In violation of Title 18, United States Code, Section 924(c).

### COUNT THREE

The Grand Jury further charges that:

On or about November 5, 2013, in Saint Louis County, within the Eastern District of Missouri,

**ANTHONY LAWRENCE BROWN,**

the Defendant herein, having been convicted previously of a felony crime punishable by a term of imprisonment exceeding one year under the laws of the State of Missouri, did knowingly and intentionally possess one or more firearms; to wit: (a) High Standard make, Riot model 12 gauge shotgun bearing serial number P13298; (b) Raven Arms make, P-25 model .25 auto caliber semi-automatic pistol bearing serial number 352949; and (c) Sturm, Ruger & Co., Inc. make, P-85 model nine millimeter caliber semi-automatic pistol bearing serial number 301-58700.

In violation of Title 18, Untied States Code, Section 922(g)(1).

A TRUE BILL.


FOREPERSON

RICHARD G. CALLAHAN
United States Attorney


THOMAS REA, #53245MO
Assistant United States Attorney